```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 41730
   RICHARD D DINNEEN
   JANINE A DINNEEN                             CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-1428      SSN XXX-XX-5601

---------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/10/04 and confirmed on 02/13/05.

   2.  The case was dismissed after confirmation, 12/20/2007.

   3.  The Debtor paid a total of $  19246.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FORD MOTOR CREDIT CO | SECURED | 8700.00 | 1644.38 | 6606.24 |
| FORD MOTOR CREDIT CO | SECURED | 5550.00 | 1049.02 | 4214.32 |
| VILLAGE OF COLLEGE GREEN | SECURED | 735.00 | .00 | 582.66 |
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | MORTGAGE ARRE | 3032.15 | .00 | 3032.15 |
| INTERNAL REVENUE SERVICE | PRIORITY | 451.24 | .00 | .00 |
| ILL DEPT OF EMPLOYMENT S | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 630.73 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4886.99 | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | 3210.60 | .00 | .00 |
| FORD MOTOR CREDIT CO | UNSECURED | 2440.44 | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 69.67 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 18017.15 | 451.24 | 11238.43 | .00 | 29706.82 |
| PRINCIPAL PAID | 14435.37 | .00 | .00 | .00 | 14435.37 |
| INTEREST PAID | 2693.40 | .00 | .00 | .00 | 2693.40 |
| TOTAL PAID | 17128.77 | .00 | .00 | .00 | 17128.77 |

```
The Debtor's attorney, BRADLEY COVEY               , was allowed $  2200.00
and was paid $    806.00  direct and $   1394.00  through the plan.

The Trustee received $     723.23 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 03/10/08                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```